IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHYHEIM D. EL-MU'MIN, No. 509071, a/k/a JAMES I. LENOIR, JR., ) ) ) Plaintiff, ) ) v. ) ) DAVE DORMIRE, Superintendent, et al., ) ) Defendants. ) | No. 06-4070-CV-C-SOW |

### ORDER

On December 11, 2006, the United States Magistrate Judge recommended that plaintiff's motions for preliminary injunctive relief against Jefferson City Correctional Center personnel be denied as moot. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's Report and Recommendation of December 11, 2006, is adopted [31]. It is further

ORDERED that plaintiff's motions for preliminary injunctive relief against Jefferson City Correctional Center personnel are denied as moot [18, 20].

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: January 29, 2007