IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHYHEIM D. EL-MU'MIN, No. 509071, a/k/a JAMES I. LENOIR, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVE DORMIRE, Superintendent, et al., )<br>)<br>Defendants. ) | No. 06-4070-CV-C-SOW |

## ORDER

On January 23, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 23, 2007, is adopted. [39] It is further

ORDERED that plaintiff's motion of September 19, 2006, for preliminary injunctive relief related to his legal materials stored in the property room is denied as moot. [24]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: August 27, 2007